IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RUSSELL KAEMMERLING, 04899-017,  )  <br> Petitioner,  ) <br> v.  ) <br>  ) <br> WARDEN BERKEBILE,  ) <br> Respondent.  ) | No. 3:07-CV-1702-K <br> ECF |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

SO ORDERED.

Signed this 12th day of August, 2008.

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE